JUDGE SULLIVAN

**08 CV 3707**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARROWOOD SURPLUS LINES
INSURANCE COMPANY,

Plaintiff,

-v-

RY MANAGEMENT CO., INC.,

Defendant.

Case No. _____

*Rule 7.1 Statement*

[Stamp: APR 18 2008 U.S.D.C. S.D.N.Y. CASHIERS]

---

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__ARROWOOD SURPLUS LINES INSURANCE COMPANY__  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Arrowood Surplus Lines Insurance Company is a direct subsidiary of Arrowood Indemnity Company, a Delaware corporation, whose ultimate holding company is Arrowpoint Capital Corp., a Delaware corporation. No publicly-held corporation owns 10% or more of the stock of Arrowood Surplus Lines Insurance Company.

Date: April 17, 2008

Signature of Attorney

Attorney Bar Code: JP 1960

Form Rule7_1.pdf  SDNY Web 10/2007